# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RONALD L. SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-00063-CDP |
| | ) | |
| DUNKLIN COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

This matter comes before the Court on three separate motions filed by plaintiff Ronald L. Sutton to amend his complaint. Plaintiff's first motion to amend his complaint seeks to add party Pam Buchanan as a defendant (Docket No. 11); his second motion to amend seeks to add party Marissa Wilson as a defendant (Docket No. 12); and finally, his third motion to amend seeks to add party Allen Oliver as a defendant (Docket No. 13). For the reasons discussed below, plaintiff's motions are denied.

The Court does not allow amendments to pleadings by supplementation or interlineation. *Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008) (holding "that granting leave to amend a complaint where the plaintiff has not submitted a proposed amendment is inappropriate"). Moreover, the Court has previously ordered plaintiff to file an amended complaint on the Court-provided form. The Court notes that its memorandum and order of June 27, 2018 (Docket No. 10) gave plaintiff 21 days to file an amended complaint, and that plaintiff should comply with all instructions set forth in that order. For plaintiff's convenience, the Court will order the Clerk of the Court to provide plaintiff with a copy of the June 27, 2018 memorandum and order.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend his complaint to add party Pam Buchanan as a defendant (Docket No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend his complaint to add party Marissa Wilson as a defendant (Docket No. 12) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend his complaint to add party Allen Oliver as a defendant (Docket No. 13) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide plaintiff with a copy of the Court's June 27, 2018 memorandum and order (Docket No. 10) instructing plaintiff to amend his complaint on a Court-provided form.


Dated this 6th day of July, 2018.


CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE