UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RONALD L. SUTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-CV-00063 CDP |
| | ) | |
| DUNKLIN COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

On September 26, 2018, service was returned unexecuted on defendant Marissa Wilson by the U.S. Marshal's Office, with return of service indicating that Ms. Wilson was no longer employed by Dunklin County Jail. As such, the Court will order defense counsel, A.M. Spradling, III, to submit, under seal and *ex parte*, the last known residential address for Ms. Wilson in order for the Court to effectuate service of process on Ms. Wilson.

Accordingly,

**IT IS HEREBY ORDERED** that A.M. Spradling, III, shall submit, under seal and *ex parte*, the last known residential address for Ms. Wilson, under seal and *ex parte*, within thirty (30) days of the date of this Memorandum and Order.

Dated this 15th day of October, 2018.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE