UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| RONALD L. SUTTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 1:18-CV-00063 CDP |
| DUNKLIN COUNTY JAIL, et al., | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon defense counsel's filing of the proper names of defendants Marishia Wheeler and Allen Edwards[1], as well as the addresses at which they may be properly served. (Docket No. 34). The Court will order the Clerk of Court to change the docket to reflect the proper names of these two defendants. In addition, as plaintiff is proceeding in forma pauperis, the Clerk will be ordered to effectuate service of process through the United States Marshal's Office on defendants Wheeler and Edwards.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall change the Court's docket to reflect the proper names of defendants Marishia Wheeler and Allen Edwards.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue upon the complaint as to defendant Marishia Wheeler and Allen Edwards at the Dunklin County Sheriff's Department, 1175 Floyd Street, Kennett, MO 63857, in their individual capacities as to plaintiff's claims of excessive force.

---

[1] In his complaint, plaintiff identifies Marishia Wheeler as "Marissa Wilson" and defendant Allen Edwards as "Allen Oliver."

**IT IS FURTHER ORDERED** that because plaintiff is proceeding in forma pauperis in this action, service shall be effectuated by the United States Marshal's Office through summons, pursuant to Fed. R. Civ. P. 4. *See* 28 U.S.C. § 1915.

Dated this 1st day of November, 2018.

/s/ Catherine D. Perry
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE