UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHESASTERN DIVISION

| RONALD LAMONT SUTTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18 CV 63 CDP |
| PAM BUCHANAN, et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Ronald Lamont Sutton moves to compel defendants to produce discovery, including witness statements, medical records, grievance forms, and surveillance footage. Sutton also asks that he be permitted to take the depositions of all named defendants. I will deny these discovery motions without prejudice.

The Case Management Order entered in this case (ECF 44) permits the parties to engage in any discovery after the exchange of initial disclosures, which are due January 17, 2019. Regardless, the filing of motions to compel is not the way to request discovery. While Sutton can *request* discovery from defendants after January 17, he may file a motion to compel only after there has been a refusal to produce discovery in response to valid requests *and* after he and opposing counsel have tried to resolve their differences. Because Sutton's discovery motions are premature, they will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Ronald Lamont Sutton's Motion to Compel Depositions of All Defendants [46] and Motion to Compel Discovery [47] are denied without prejudice.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 4th day of January, 2019.