UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHESASTERN DIVISION

| RONALD LAMONT SUTTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18 CV 63 CDP |
| PAM BUCHANAN, et al., | ) | |
| Defendants. | ) | |

# **MEMORANDUM AND ORDER**

Plaintiff Ronald Lamont Sutton has recently filed several motions in this case. Upon review of Sutton's arguments, the status of the proceedings, and all of the parties' filings,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Compel Camera Footage [53] is denied without prejudice for the reasons stated in my January 4, 2019, order.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Appointment of Counsel [54] is denied without prejudice for the reasons stated in my January 7, 2019, order.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Default Judgment [57] is denied.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Extension of Time to File Disclosures [56] is granted.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of February, 2019.