UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHESASTERN DIVISION

| RONALD LAMONT SUTTON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:18 CV 63 CDP |
| PAM BUCHANAN, et al., | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

Plaintiff Ronald Lamont Sutton moves to compel defendants to produce footage from certain surveillance cameras at the Dunklin County Jail for the dates and times he claims he was denied his constitutional rights. Defendants have failed to respond to the motion to compel, and the time to do so has passed. Although it is not clear whether Sutton fully complied with the Federal Rules of Civil Procedure in bringing this motion to compel, I will grant the motion in the interests of justice, given Sutton's *pro se* status and the fast-approaching discovery and dispositive motion deadlines in the case.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery [67] is **GRANTED.**

**IT IS FURTHER ORDERED** that not later than **July 22, 2019**, defendants

shall produce to plaintiff camera footage from the specific areas of Dunklin County Jail as set out in plaintiff's motion, for the dates and times set out in the motion.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of July, 2019.