UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| RONALD LAMONT SUTTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-CV-00063-JAR |
| ) | |
| PAM BUCHANAN, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff Ronald Lamont Sutton's Motion to Appoint Counsel (ECF No. 194) and his Pro Se Motion to Compel Track 5.  ECF No. 195. Notwithstanding their different titles, the motions are identical.  In both, Sutton requests the Court to appoint new attorneys and send him the status of the case.  Both motions will be denied as moot because the Court entered Judgment against Sutton on June 21, 2022 (ECF No. 185), and the Court's outgoing mail to Sutton with an updated docket sheet was returned as undeliverable.  ECF No. 198.  Out of an abundance of caution, the Court will direct the Clerk of Court to attempt to mail to Sutton an updated docket sheet and the Court's June 21, 2022, Memorandum and Order and Judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Ronald Lamont Sutton's Motion to Appoint Counsel [ECF No. 194] and Pro Se Motion to Compel Track 5 [ECF No. 195] are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mail to Sutton's last known address a copy of an updated docket sheet; the Court's June 21, 2022, Memorandum and Order and Judgment [ECF Nos. 184, 185]; and this order.

Dated this 3rd day of June 2024.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE